In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00349-CR
_____

EX PARTE HOMERO HERNANDEZ BOLANOS

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 08-05-04386-CR**

_____

**MEMORANDUM OPINION**

Homero Hernandez Bolanos has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by Bolanos personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on February 5, 2019
Opinion Delivered February 6, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.